District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOHAIB HAIDER,<br><br>               Plaintiff,<br><br>    v.<br><br>UR JADDOU,<br><br>               Defendant. | Case No. 2:24-cv-01513-TL<br><br>STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER<br><br>Noted for Consideration:<br>December 2, 2024 |

Plaintiff and Defendant, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until May 29, 2025. Plaintiff brought this litigation pursuant to the Administrative Procedure Act seeking to compel U.S. Citizenship and Immigration Services ("USCIS") to schedule an interview and adjudicate his asylum application. Defendants' response to the Complaint is currently due on December 9, 2024. The parties are currently working towards a resolution to this litigation.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01513-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

1  counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ.
2  P. 1.

3      Good cause exists to grant the requested stay. With additional time, this case may be
4  resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's
5  asylum interview for January 29, 2025. USCIS agrees to diligently work towards completing the
6  adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances
7  that would require additional time for adjudication. If the adjudication is not completed within
8  that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental
9  documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff
10 recognizes that failure to submit documents prior to the interview may require the interview to be
11 rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the
12 interview, otherwise the interview will need to be rescheduled and the adjudication delayed.
13 Once the application is adjudicated, Plaintiff will dismiss the case with each party to bear their
14 own litigation costs and attorneys' fees. Accordingly, the parties request this abeyance to allow
15 USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

16     As additional time is necessary for this to occur, the parties request that the Court hold
17 the case in abeyance until May 29, 2025. The parties will submit a status update on or before
18 May 29, 2025.

19 //
20 //
21 //
22 //
23 //
24 //

STIPULATED MOTION FOR ABEYANCE    UNITED STATES ATTORNEY
[Case No. 2:24-cv-01513-TL] - 2    1201 PACIFIC AVE., STE. 700
    TACOMA, WA 98402
    (253) 428-3800

1     DATED this 2nd day of December, 2024.

2 Respectfully submitted,

| | |
|---|---|
| TESSA M. GORMAN<br>United States Attorney | CLARK HILL PLC |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Avenue, Suite 700<br>Tacoma, Washington 98402<br>Phone: (253) 428-3824<br>Fax:     (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov | *s/ Michael Laszlo*<br>MICHAEL LASZLO, WSBA #39573<br>2595 Canyon Boulevard, Ste. 210<br>Boulder, Colorado 80302<br>Phone: (303) 926-0410<br>Email:  mlaszlo@clarkhill.com<br><br>*Attorney for Plaintiff* |

*Attorneys for Defendants*

*I certify that this memorandum contains 381 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01513-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## [PROPOSED] ORDER

The case is held in abeyance until May 29, 2025.  The parties shall submit a status update on or before May 29, 2025.  It is so **ORDERED**.

DATED this 2nd day of December, 2024.

_____
TANA LIN
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:24-cv-01513-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800